[No. 50330-8-I. Division One. June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00051-1, Linda C. Krese, J., entered March 21, 2002. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Grosse, J.

[No. 50336-7-I. Division One. June 9, 2003.]

JAMES EDWARD GRACIA, *Respondent*, v. JAN ELIZABETH WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-02700-1, Kenneth L. Cowsert, J., entered March 20, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50434-7-I. Division One. June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10970-3, Richard A. Jones, J., entered April 23, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy and Ellington, JJ.

[No. 50461-4-I. Division One. June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08010-1, Michael J. Fox, J., entered March 18, 2002. *Affirmed* by unpublished per curiam opinion.